# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

      vs.

VICTOR GOMEZ-ORTIZ,

              Defendant.

CASE NO. 12cr3073-CAB

FILED

2012 AUG 23  AM 8: 16

CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA

**JUDGMENT OF DISMISSAL**

BY _____ DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

     8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/22/12

_____

Jan M. Adler
U.S. Magistrate Judge